IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WAYNE MAURICE MAXWELL,

     Appellant,

 v.

Case No.  5D22-144
LT Case No. 2014-CF-011903-A-O

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed May 31, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Wayne C. Wooten, Judge.

Mark V. Murray, of Law Offices of Mark V.
Murray, Tallahassee and Kevin Alvarez, of
Law Office of Kevin Alvarez  P.A.,
Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Bonnie Jean Murray, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


EVANDER, WALLIS and SASSO, JJ., concur.